UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21504  CIV-COOKE

TELMO HURTADO HURTADO,

    *Petitioner*,

v.

ERIC HOLDER,
United States Attorney General, *et al*.,

    *Respondents*.
_____/

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND RESCINDING TEMPORARY STAY OF EXTRADITION

THIS CASE is before me on the Petition for Writ of Habeas Corpus [D.E. 1] and Petitioner's Motion to Stay Extradition [D.E. 3]  The case was referred to the Honorable Ted E. Bandstra, United States Magistrate Judge, for a Report and Recommendation.  Judge Bandstra issued a Report [D.E. 12] recommending that Mr. Hurtado's Petition for Writ of Habeas Corpus be denied.  Mr. Hurtado timely objected to Judge Bandstra's Report.

I have considered Mr. Hurtado 's objections and made a *de novo* review of the record. I find that Judge Bandstra's Report and Recommendation is cogent, and should be affirmed and adopted.  It is therefore, **ORDERED and ADJUDGED** that:

1)  Judge Bandstra's Report and Recommendation [D.E. 12] is **AFFIRMED and ADOPTED**.  The Petition for Writ of Habeas Corpus [D.E. 1] is **DENIED**, consistent with Judge Bandstra's Report.  The Petitioner's Motion to Stay Extradition [D.E. 3], is **DENIED** as moot.

2) The Temporary Stay of Extradition [D.E. 5] is **RESCINDED**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida, this 25th day of February 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of Record*