UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-21504 CIV-COOKE

TELMO HURTADO HURTADO,

    *Petitioner*,

v.

ERIC HOLDER,
United States Attorney General, *et al.*,

    *Respondents*.
_____/

## ORDER GRANTING PETITIONER'S MOTION TO STAY EXTRADITION

THIS MATTER is before me on the Petitioner's Motion to Stay Extradition After Denial of Petition for Writ of Habeas Corpus [D.E. 15]. Previously, I had granted a temporary stay pending a ruling on Mr. Hurtado's Habeas Petition. On February 25, 2010 I issued an order adopting Magistrate Judge Bandstra's Report and Recommendation, and denying Mr. Hurtado's Habeas Corpus Petition. The February 25, 2010 order also rescinded the temporary stay of extradition. Mr. Hurtado now seeks to have a stay of extradition entered pending his appeal to the Eleventh Circuit Court of Appeals.

In order to ensure that Petitioner is not extradited before his appeal is taken and ruled on, it is **ORDERED and ADJUDGED** that the Petitioner's Motion to Stay Extradition [D.E. 15] is **GRANTED**. Petitioner's extradition is **STAYED** pending his appeal of this Court's denial of his Habeas Corpus Petition.

**DONE and ORDERED** in chambers, at Miami, Florida, this 8th day of March 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*